In re Walls, Randy G.; — Plaintiff(s); applying for supervisory and/or remedial writs; Parish of East Baton Rouge, 19th Judicial District Court, Div. “J”, Nos. 10-80-284, 8-80-664, 3-84-411, 7-87-594; to the Court of Appeal, First Circuit, No. KW89 1219.
Granted in part; denied in part. The district court is ordered to provide relator with the transcripts of his guilty pleas in No. 8-80-684 “V” (entered on July 21, 1982); No. 10-80-284 “V” (entered on March 3, 1982); and No. 7-87-594 “I” (entered on February 1, 1988). Relator’s request for his sentencing transcripts is denied for a failure to show a particularized need.